Sejal Choksi-Chugh (Bar No. 222093)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER, INC.
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: sejal@baykeeper.org
Email: andrea@baykeeper.org

Attorneys for Plaintiff
BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GALVANIZING,<br><br>Defendant. | Civil Case No. C 13-05260-JSC<br><br>Hon. Jacqueline S. Corley<br><br>**NOTICE OF TENTATIVE SETTLEMENT; REQUEST TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [~~PROPOSED~~] ORDER** |

1 **TO THE COURT AND TO THE PARTIES:**

2     **PLEASE TAKE NOTICE** that Plaintiff San Francisco Baykeeper ("Baykeeper") and Pacific
3 Galvanizing (collectively, the "Parties") have reached a tentative settlement in this action, which has
4 been executed by the Parties.  As required by federal law, a copy of the [Proposed] Consent Decree
5 has been sent to the U.S. Department of Justice and to the U.S. Environmental Protection Agency
6 (collectively "the Agencies") for a mandatory 45-day review period under Section 135.5 of Title 40
7 of the Code of Federal Regulations.  Copies of the [Proposed] Consent Decree will be sent to the
8 Agencies via U.S. Certified Mail on today's date.  Upon expiration of the 45-Day review period, the
9 Parties will jointly request that the Court (1) approve and execute an Order dismissing the Complaint
10 and (2) approve and execute the [Proposed] Consent Decree which provides for continuing Court
11 jurisdiction over any disputes which may arise between the parties under the agreement.
12     Consistent with the impending settlement of this action, the Parties hereby respectfully request
13 that the Court vacate from its calendar the March 13, 2014 Initial Case Management Conference and
14 associated deadlines.

1 [~~PROPOS~~ED] ORDER

2

3   GOOD CAUSE APPEARING,

4   The Parties' Initial Case Management Conference on March 13, 2014, is vacated.

5

6   **IT IS SO ORDERED**

7

8   Date: December 13, 2013        NORTHERN DISTRICT OF CALIFORNIA

9

10                                 _____
                                   *Jacqueline S. Corley*
11                                 Honorable Jacqueline S. Corley
                                   United States District Court