Sejal Choksi-Chugh (Bar No. 222093)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: sejal@baykeeper.org
Email: andrea@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation, <br><br>         Plaintiff, <br>   v. <br><br> PACIFIC GALVANIZING, <br><br>         Defendant. | Civil Case No. 13-05260-JSC <br><br> **[PROPOSED] ORDER OF ENTRY OF CONSENT DECREE, AND DISMISSAL** <br><br> Hon. Jacqueline S. Corley |

1    [~~PROPOSED~~] ORDER OF ENTRY OF CONSENT DECREE, AND DISMISSAL

2        WHEREAS, the Parties in the above captioned action have reached a settlement whose

3    specific terms are set forth in the [Proposed] Consent Decree, attached hereto as Exhibit A.

4        WHEREAS, as required by federal law, a copy of the [Proposed] Consent Decree was

5    mailed on December 12, 2013, to the U.S. Department of Justice ("DOJ") and to the U.S.

6    Environmental Protection Agency for a mandatory 45-day review period under Section 135.5

7    of Title 40 of the Code of Federal Regulations.  The 45-day review period commenced on

8    December 18, 2013, and terminated on February 3, 2014.

9        WHEREAS, DOJ approved the [Proposed] Consent Decree and submitted its approval

10   letter to the Court on February 3, 2014.  *See* Exhibit B.

11

12       IT IS HEREBY ORDERED that the [Proposed] Consent Decree is fully incorporated

13   herein by reference, and is entered as an Order of the Court.

14       IT IS FURTHER ORDERED that the Court shall retain jurisdiction over Case No. CV-

15   13-05260-JSC for the sole purpose of enforcing compliance by the Plaintiff and Defendant

16   with the terms of the [Proposed] Consent Decree.

17       IT IS FURTHER ORDERED that the above captioned action against Defendant is

18   dismissed with prejudice.

19       IT IS SO ORDERED.

20

21   Date: ___February 3, 2014___          NORTHERN DISTRICT OF CALIFORNIA

22

23

24   _____

25   Honorable Jacqueline S. Corley
     United States Magistrate Judge
26   United States District Court
     Northern District of California

27

28

29